**FILED**

JAN 2 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Adriana Bedolla,
  Plaintiff,

vs.

Tina Hornbeak,
  Defendant.

CASE NO. 08-172 SI (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Adriana Bedolla, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _last place of employment Christopher Ranch,_
5  _Gilroy, CA   1999 - 2001_
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or            Yes ___ No _X_
10      self employment
11  b.  Income from stocks, bonds,         Yes ___ No _X_
12      or royalties?
13  c.  Rent payments?                     Yes ___ No _X_
14  d.  Pensions, annuities, or            Yes ___ No _X_
15      life insurance payments?
16  e.  Federal or State welfare payments, Yes ___ No _X_
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.  Are you married?                   Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?        Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?                   Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No _X_ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8.  What are your monthly expenses?  None
22 Rent: $_____ Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts:
25 Name of Account         Monthly Payment        Total Owed on This Acct.
26 _____              $_____            $_____
27 _____              $_____            $_____
28 _____              $_____            $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                 - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____None_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_1/22/08_____                    _Adriana Bedolla_____
DATE                                 SIGNATURE OF APPLICANT

Case Number:_____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account

Statement showing transactions of  BEDOLLA, A. W-92502
(Prisoner name)

For the last six months at  VALLEY STATE PRISON FOR WOMEN
(Name of Institution)

where she is currently confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ -0-  and the average balance in the prisoner's account each month for the most recent 6-month period was $ -0-

***SEE ATTACHED****

Dated: APRIL 16, 2004

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
Authorized Officer of the Institution
TRUST OFFICE

R. GRISSOM, CORRECTIONAL BUSINESS MANAGER I

11

(rev. 5/96)

```
REPORT ID: TS3030                                            REPORT DATE: 04/16.
                                                             PAGE NO:

                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                              VALLEY STATE PRISON FOR WOMEN
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: OCT. 01, 2003 THRU APR. 16, 2004

ACCOUNT NUMBER : W92502                    BED/CELL NUMBER: B 2 00000000020?
ACCOUNT NAME   : BEDOLLA, ADRIANA          ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                         TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         CURRENT HOLDS IN EFFECT

  DATE       HOLD
 PLACED      CODE       .DESCRIPTION              COMMENT         HOLD AMOUNT
----------   ----   ----------------------    -------------       -----------
10/03/2003   H105   NOTARY SERVICES HOLD        0707NOTARY             10.00
02/19/2004   H107   POSTAGE HOLD                1666 JAN04              2.15

                         TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL        TOTAL        CURRENT        HOLDS       TRANSACTION
   BALANCE     DEPOSITS    WITHDRAWALS     BALANCE       BALANCE      TO BE POSTE
 -----------  ----------   -----------    ----------   -----------   -----------
      0.00        0.00          0.00         0.00         12.15           0.0


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                               12.15
```

Stamp: THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE. ATTEST: [signature] CALIFORNIA DEPARTMENT OF CORRECTIONS BY [signature] TRUST OFFICE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.  **Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

B.  **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

1 | **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
2 | Name _Bedolla_ _Adriana_ _A._
      (Last)       (First)       (Initial)
3 |
4 | Prisoner Number _W92502_
5 | Institutional Address _B3-31-4up P.O. Box 96_
6 | _V.S.P.W Chowchilla, CA. 93610-0098_

FILED JAN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIF.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

_Adriana Arzola Bedolla_
(Enter the full name of plaintiff in this action.)

vs.

_Tina Hornbeak (Warden)_

(Enter the full name of respondent(s) or jailor in this action)

Case No. CV 08 0172 (PR)
(To be provided by the clerk of court)

**PETITION FOR A WRIT OF HABEAS CORPUS**

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS     - 1 -

(P)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SI

JAN 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    0172

Dear Sir or Madam:

Your petition has been filed as civil case number _____.

√ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

√ Your petition is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be **DISMISSED**, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07