United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA BEDOLLA,<br><br>    Petitioner,<br><br>  v.<br><br>TINA HORNBEAK, warden,<br><br>    Respondent.<br>_____/ | No. C 08-172 SI (pr)<br><br>**ORDER AMENDING ORDER** |

In the order filed on February 4, 2008, the last phrase of the sentence beginning at line 3 of page 3 was inadvertently omitted. The February 4, 2008 order is now amended to add to the end of the sentence the phrase "respondent is of the opinion that such a motion to dismiss is unwarranted in this case."  As amended, the sentence now will read: "Accordingly, pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254,  respondent must either (1) move to dismiss the petition on the ground that it is untimely, or (2) inform the court that respondent is of the opinion that such a motion to dismiss is unwarranted in this case."

    IT IS SO ORDERED.

DATED: February 11, 2008

                                              _____<br>                                              SUSAN ILLSTON<br>                                            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ADRIANA A. BEDOLLA,

    Plaintiff,

v.

TINA HORNBEAK et al,

    Defendant.

Case Number: CV08-00172 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adriana Arzola Bodolla W-92502
Valley State Prison for Women
B3.31-4up
P.O. Box 96
Chowchilla, CA 93610-0096

Dated: February 12, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk