

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939



(415) 355-8000

May 1, 2008



Adriana Bodolla v. Tina Hornbeak

3:08-cv-00172-SI

    A petition for writ of habeas corpus has been received in the Clerk's Office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. Always indicate this docket number when corresponding with this office about your case.

    If the U.S. Court of Appeals docket fee has not yet been paid, please make immediate arrangements to do so. If you wish to apply for in forma pauperis status, you must file a motion for permission to proceed in forma pauperis with this court.

                                            Very truly yours,

                                            Molly C. Dwyer
                                            Clerk of Court

                                            *Holly Crosby*

                                            By: Holly Crosby
                                            Deputy Clerk