```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611319745
Cashier ID: tacklem
Transaction Date: 06/02/2008
Payer Name: adriana a bodolla
------------------------------------
WRIT OF HABEAS CORPUS
  For: adriana a bodolla
  Case/Party: D-CAN-3-08-CV-000172-001
  Amount:      $5.00
------------------------------------
MONEY ORDER
  Check/Money Order Num: 101538628994
  Amt Tendered: $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

SI

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

# THIRD & FINAL PAST DUE NOTICE

Adriana Arzola Bodolla
Valley State Prison for Women
B3.31-4up    W-92502
P.O. Box 96
Chowchilla, CA 93610-0096

**Original Due Date:**
02/04/2008

**Third Notice Date:**
4/29/2008

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied, however, our records reflect that we have not received your payment despite two prior payment past due notices.

*This fee is now more than 60 days past due for the following case:*

Case Title:  **Bodolla v. Hornbeak**

| Case Number | Case Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 3:08-cv-00172-SI | 1/11/2008 | 02/04/2008 | $5.00 |

Please immediately send a check for $5.00 to the following address:

**United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**This is your third notice for the unpaid fees. If we do not receive payment within 30 days, we are required to refer your bill to the Administrative Office of the U.S. Courts for collection.**

If you cannot pay this bill due to financial hardship you may write a letter explaining your hardship and requesting a waiver of the filing fee to:

**The Director, Administrative Office of the U.S. District Courts
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Washington, D.C. 20544**

**Payment in full is due upon receipt.  Total amount due: $5.00**

Adriana Bedolla W92502
24.28.240
P.O. Box 96
Chowchilla, CA 93610-0096

(Legal Mail)

FRESNO CA 937
30 MAY 2008 PM 3 T

United States District Court
450 Golden Gate Ave 16th Floor
San Francisco, CA 94102

9410243361