FILED

JUL 18 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADRIANA ARZOLA BODOLLA,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>TINA HORNBEAK, Warden,<br><br>　　　　　　Respondent. | No. 08-71824<br><br>D.C. No. 3:08-cv-00172-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

The application for authorization to file a second or successive 28 U.S.C. § 2254 habeas corpus petition in the district court is denied without prejudice because the district court has not yet concluded its review of petitioner's first petition for a writ of habeas corpus. *See* 28 U.S.C. § 2244(b)(3)(A).

No motions for reconsideration, modification, clarification, or any other submissions shall be filed or entertained in this closed docket.

**DENIED WITHOUT PREJUDICE.**

LL/MOATT