TO: Tracy Sutton, Deputy Clerk
FRM: Adriana Arzola Bedolla
RE: Petition for Writ of Habeas Corpus
   Case No.: CV08-00172 SI

8-11-08

**RECEIVED** AUG 14 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

**FILED** AUG 14 2008

Dear Mrs. Sutton,

My name is Adriana Bedolla and I am writing in hopes of obtaining some help with my petition. I have followed the instructions on the Writ and mailed a reply to my denial to the U.S. Court of Appeals for the Ninth Circuit. I received an answer and I have enclosed a copy of the documents they sent. I find myself a little confused as to the next procedure in the court. Could you please help to re-direct my petition. If possible could you please send me an information packet? I appreciate your assistance. Thank you in advance.

Sincerely,
Adriana Bedolla




Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

May 1, 2008

No. 08-71824          Adriana Bodolla v. Tina Hornbeak

A petition for writ of habeas corpus has been received in the Clerk's Office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. Always indicate this docket number when corresponding with this office about your case.

If the U.S. Court of Appeals docket fee has not yet been paid, please make immediate arrangements to do so. If you wish to apply for in forma pauperis status, you must file a motion for permission to proceed in forma pauperis with this court.

Very truly yours,

Molly C. Dwyer
Clerk of Court

*Holly Crosby*

By: Holly Crosby
Deputy Clerk

**FILED**

JUL 18 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| ADRIANA ARZOLA BODOLLA, | No. 08-71824 |
|---|---|
| Petitioner, | D.C. No. 3:08-cv-00172-SI<br>Northern District of California,<br>San Francisco |
| v. | |
| TINA HORNBEAK, Warden, | |
| Respondent. | ORDER |

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

The application for authorization to file a second or successive 28 U.S.C. § 2254 habeas corpus petition in the district court is denied without prejudice because the district court has not yet concluded its review of petitioner's first petition for a writ of habeas corpus. *See* 28 U.S.C. § 2244(b)(3)(A).

No motions for reconsideration, modification, clarification, or any other submissions shall be filed or entertained in this closed docket.

**DENIED WITHOUT PREJUDICE.**

LL/MOATT



Adriana Bedolla W92502
B4-28-24
P.O. Box 96
Chowchilla, CA 93610-0096

FRESNO CA 937
12 AUG 2008 PM 2 T

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA. 94102
Attn: Tracy Sutton

(Legal Mail)

RECEIVED
AUG 1 4 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

94102+3461 C004

*[signature]*