UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA ARZOLA BEDOLLA, | No. C 08-172 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| TINA HORNBEAK, warden, | |
| Respondent. / | |

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the habeas statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 26, 2009

                                                   SUSAN ILLSTON
                                          United States District Judge